# UNITED STATES DISTRICT COURT FILED

for the

_Eastern District, California : A.D.A

FEB 09 2023

Stroke Survivor Judicial Abuse Division

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Jean Marc Van den Heuvel : Pro-Se-Stroke Survivor: 8/10/2014. date of Incident, Abusive occurances: 2007-2023 | Case No. 2:23-CV-0253 KJN (PS) (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Diamond Springs Apt.#1 & #2 623 Pearl, Diamond Springs CA. 95619 | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        | | |
        |---|---|
        | Name | Jean Marc Van den Heuvel : Abused Judicial Medical Stroke. |
        | Street Address | 3045 Sacramento Street |
        | City and County | Placerville : ElDorado County |
        | State and Zip Code | CA. 95667 |
        | Telephone Number | 916-595-8971 |
        | E-mail Address | jeanmarc57@juno.com |

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Apartment Manager Mia Costello ( terrible self serving ignorant) |
| Job or Title (if known) | Apartment Complex Wrongful Accusations of "urinating in the park- |
| Street Address | -ing lot, in front of the rental office accusations. 623 Pearl place |
| City and County | Diamond Springs |
| State and Zip Code | California  95619 |
| Telephone Number | 530-622-8553 |
| E-mail Address (if known) | diamondsprings@cbmgroup.net |

**Defendant No. 2**

| | |
|---|---|
| Name | Diamond Springs #1 & # 2 Apartments |
| Job or Title (if known) | C.B.M. Properties Managements of these local apoartments . |
| Street Address | 1010 Racquet Club Dr Auburn, CA 95603 |
| City and County | Auburn CA. 95603 |
| State and Zip Code | CA.  95603 |
| Telephone Number | (530) 823-2477 |
| E-mail Address (if known) | N.A. |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
38 CFR § 4.115a - Ratings of the genitourinary system - dysfunctions. The disaterous anticipations of the premeditared placements of a public restroom access,was denied by constructions boxes blocking the entry into the available public restroom,at the Apartment interviews.
The problems occured was when Mia,the apartment interviewer,claimed that the public rest room was not available,and that I would need to travel to the nearest gasoline stations,wich was my personal attempt,but lost controls of my stroke effected bladder,and urinated in my pants. I returned to "LORDS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the
    State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated
    under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)*
    _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of
    the State of *(name)* _____. Or is a citizen of
    *(foreign nation)* _____.

Case 2:23-cv-00253-TLN-KJN   Document 1   Filed 02/09/23   Page 4 of 16
Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The painful,displaced conditions of abuses keep occuring in my misplaced life conditions,at compromized wrongful gross injuries by ElDorado County Judicial forceplaced "transient / Homeless " persons exposed to ellements of savagery at its cores. shameful undignified existances for a #66 year old senior .

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

One million U.S.dollars; $1,000,000.00 for the bld abusive discards of humanities loving cares presences at ignorant faculties of "gross intents injuries" that are shamefully dispicable.

I recieved a letter from the Diamond Springs Apartments today,rejecting my applications for a rental /housing accomodations I filled out # 3 YEARS AGO ..I have endured ellements of frozen life and different life inconveniences by harms and injuries by the rekless,homeless / transients that rob my property absent any reguards,and abuse my higher living life standards by multiple selfish desires of dispicable peoples living in

a kinder more reasonable approaches to the decernments of reading the values of people,absent justified instant predjudices,and intent massacres by injuries of cruelty. lets all do this "NOW" and build a better loving world that practices cares for others with great measures of "selfless qualities"

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     02/07/2023

Signature of Plaintiff

Printed Name of Plaintiff     Jean Marc Van den Heuvel

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# NOTIFICATION OF ELIGIBILITY STATUS- REMOVAL

## Diamond Springs I & II Apartments
## 623 Pearl Place
## Diamond Springs, CA 95619

Phone: 530-622-8553  Fax: 530-622-0797
TTY/TDD #711

To: Jean Marc VanDeyHeuvel                         Date: 01/30/2023
3045 Sacramento St
Placerville, CA 95667

We have reviewed your application dated   01/06/2020  .

**The checked item below indicates the status of your application at this time:**

☐ Your Application For Admission has been **WITHDRAWN** for the following reason(s):

  ☐ Per our conversation, you indicated you are no longer interested in remaining on our waiting list.
  ☐ Failure to accept offered apartment.
  ☐ Failure to keep scheduled occupancy interview appointment.
  ☐ Other:_____

☒ We are sorry to inform you that your Application for Admission has been **REJECTED** for the following reason(s):

  ☐ Unable to meet with the project occupancy guidelines.
  ☐ Unable to meet complex minimum income requirements
  ☐ History of unjustified and/or chronic non-payment of rent.
  ☐ History of violence and/or harassment of neighbors and/or management.
  ☐ History of disturbing the quiet enjoyment of neighbors.
  ☐ History of violations of the terms of previous rental agreements.
  ☐ Income exceeds maximum limit.
  ☒ Lying or deliberate omission of relevant information from application
  ☐ Based on information obtained from a credit report or criminal background check (See Attachment)
  ☒ Other: Attempting to Urinate in Parking Lot during Interview.

You have "the right to respond to this notice within ten calendar days after date of this notice", and furthermore you are advised of "the right to a hearing in accordance with § 3560.160 (f), which is available upon request."

You are welcome to reapply at any future date.

Thank you,



**Resident Manager**

**ATTACHMENT: VAWA Notice of Rights HUD 5380 & VAWA Certification HUD 5382**

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English. To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov. This institution is an equal opportunity provider.

| | | |
|---|---|---|
| **CERTIFICATION OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING, AND ALTERNATE DOCUMENTATION** | **U.S. Department of Housing and Urban Development** | OMB Approval No. 2577-0286 Exp. 06/30/2017 |

**Purpose of Form:** The Violence Against Women Act ("VAWA") protects applicants, tenants, and program participants in certain HUD programs from being evicted, denied housing assistance, or terminated from housing assistance based on acts of domestic violence, dating violence, sexual assault, or stalking against them. Despite the name of this law, VAWA protection is available to victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation.

**Use of This Optional Form:** If you are seeking VAWA protections from your housing provider, your housing provider may give you a written request that asks you to submit documentation about the incident or incidents of domestic violence, dating violence, sexual assault, or stalking.

In response to this request, you or someone on your behalf may complete this optional form and submit it to your housing provider, or you may submit one of the following types of third-party documentation:

(1) A document signed by you and an employee, agent, or volunteer of a victim service provider, an attorney, or medical professional, or a mental health professional (collectively, "professional") from whom you have sought assistance relating to domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse. The document must specify, under penalty of perjury, that the professional believes the incident or incidents of domestic violence, dating violence, sexual assault, or stalking occurred and meet the definition of "domestic violence," "dating violence," "sexual assault," or "stalking" in HUD's regulations at 24 CFR 5.2003.

(2) A record of a Federal, State, tribal, territorial or local law enforcement agency, court, or administrative agency; or

(3) At the discretion of the housing provider, a statement or other evidence provided by the applicant or tenant.

**Submission of Documentation:** The time period to submit documentation is 14 business days from the date that you receive a written request from your housing provider asking that you provide documentation of the occurrence of domestic violence, dating violence, sexual assault, or stalking. Your housing provider may, but is not required to, extend the time period to submit the documentation, if you request an extension of the time period. If the requested information is not received within 14 business days of when you received the request for the documentation, or any extension of the date provided by your housing provider, your housing provider does not need to grant you any of the VAWA protections. Distribution or issuance of this form does not serve as a written request for certification.

**Confidentiality:** All information provided to your housing provider concerning the incident(s) of domestic violence, dating violence, sexual assault, or stalking shall be kept confidential and such details shall not be entered into any shared database. Employees of your housing provider are not to have access to these details unless to grant or deny VAWA protections to you, and such employees may not disclose this information to any other entity or individual, except to the extent that disclosure is: (i) consented to by you in writing in a time-limited release; (ii) required for use in an eviction proceeding or hearing regarding termination of assistance; or (iii) otherwise required by applicable law.

*We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin. "This institution is an equal opportunity provider and employer."*



CBM All Sites 10.2018

Form HUD-5382
(12/2016)

## TO BE COMPLETED BY OR ON BEHALF OF THE VICTIM OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING

1. Date the written request is received by victim: _____

2. Name of victim: _____

3. Your name (if different from victim's): _____

4. Name(s) of other family member(s) listed on the lease: _____
   _____

5. Residence of victim: _____

6. Name of the accused perpetrator (if known and can be safely disclosed): _____
   _____

7. Relationship of the accused perpetrator to the victim: _____

8. Date(s) and times(s) of incident(s) (if known): _____
   _____

10. Location of incident(s): _____

> In your own words, briefly describe the incident(s):
> _____
> _____
> _____
> _____
> _____

This is to certify that the information provided on this form is true and correct to the best of my knowledge and recollection, and that the individual named above in Item 2 is or has been a victim of domestic violence, dating violence, sexual assault, or stalking. I acknowledge that submission of false information could jeopardize program eligibility and could be the basis for denial of admission, termination of assistance, or eviction.
Signature _____ Signed on (Date) _____

**Public Reporting Burden:** The public reporting burden for this collection of information is estimated to average 1 hour per response. This includes the time for collecting, reviewing, and reporting the data. The information provided is to be used by the housing provider to request certification that the applicant or tenant is a victim of domestic violence, dating violence, sexual assault, or stalking. The information is subject to the confidentiality requirements of VAWA. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

> *We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.*
> *"This institution is an equal opportunity provider and employer."*
>
> 

CBM All Sites 10.2018                                            Form HUD-5382
                                                                 (12/2016)

Case 2:23-cv-00253-TLN-KJN   Document 1   Filed 02/09/23   Page 9 of 16
NOTICE OF OCCUPANCY RIGHTS UNDER　　　　U.S. Department of Housing and Urban Development
THE VIOLENCE AGAINST WOMEN ACT　　　　　　　　　　　　　OMB Approval No. 2577-0286
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Expires 06/30/2017

## Diamond Springs I & II Apartments

### Notice of Occupancy Rights under the Violence Against Women Act[1]

**To all Tenants and Applicants**

The Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking. VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[2] The U.S. Department of Housing and Urban Development (HUD) is the Federal agency that oversees that RD, LIHTC, and/or HOME is in compliance with VAWA. This notice explains your rights under VAWA. A HUD-approved certification form is attached to this notice. You can fill out this form to show that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking, and that you wish to use your rights under VAWA."

**Protections for Applicants**

If you otherwise qualify for assistance under RD, LIHTC, and/or HOME, you cannot be denied admission or denied assistance because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

**Protections for Tenants**

---

[1] Despite the name of this law, VAWA protection is available regardless of sex, gender identity, or sexual orientation.

[2] Housing providers cannot discriminate on the basis of any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age. HUD-assisted and HUD-insured housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

If you are receiving assistance under RD, LIHTC, and/or HOME, you may not be denied assistance, terminated from participation, or be evicted from your rental housing because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

Also, if you or an affiliated individual of yours is or has been the victim of domestic violence, dating violence, sexual assault, or stalking by a member of your household or any guest, you may not be denied rental assistance or occupancy rights under RD, LIHTC, and/or HOME solely on the basis of criminal activity directly relating to that domestic violence, dating violence, sexual assault, or stalking.

Affiliated individual means your spouse, parent, brother, sister, or child, or a person to whom you stand in the place of a parent or guardian (for example, the affiliated individual is in your care, custody, or control); or any individual, tenant, or lawful occupant living in your household.

**Removing the Abuser or Perpetrator from the Household**

The CBM Group, Inc. (CBM) may divide (bifurcate) your lease in order to evict the individual or terminate the assistance of the individual who has engaged in criminal activity (the abuser or perpetrator) directly relating to domestic violence, dating violence, sexual assault, or stalking.

If CBM chooses to remove the abuser or perpetrator, CBM may not take away the rights of eligible tenants to the unit or otherwise punish the remaining tenants. If the evicted abuser or perpetrator was the sole tenant to have established eligibility for assistance under the program, CBM must allow the tenant who is or has been a victim and other household members to remain in the unit for a period of time, in order to establish eligibility under the program or under another HUD housing program covered by VAWA, or, find alternative housing.

In removing the abuser or perpetrator from the household, CBM must follow Federal, State, and local eviction procedures. In order to divide a lease, CBM may, but is not required to, ask you for documentation or certification of the incidences of domestic violence, dating violence, sexual assault, or stalking.

**Moving to Another Unit**

Upon your request, CBM may permit you to move to another unit, subject to the availability of other units, and still keep your assistance. In order to approve a request, CBM may ask you to provide documentation that you are requesting to move because of an incidence of domestic violence, dating violence, sexual assault, or stalking. If the request is a request for emergency transfer, the housing provider may ask you to submit a written request or fill out a form where you certify that you meet the criteria for an emergency transfer under VAWA. The criteria are:

**(1) You are a victim of domestic violence, dating violence, sexual assault, or stalking.** If your housing provider does not already have documentation that you are a victim of domestic violence, dating violence, sexual assault, or stalking, your housing provider may ask you for such documentation, as described in the documentation section below.

**(2) You expressly request the emergency transfer.** Your housing provider may choose to require that you submit a form, or may accept another written or oral request.

**(3) You reasonably believe you are threatened with imminent harm from further violence if you remain in your current unit.** This means you have a reason to fear that if you do not receive a transfer you would suffer violence in the very near future.

Form HUD-5380
(06/2017)

**OR**

**You are a victim of sexual assault and the assault occurred on the premises during the 90-calendar-day period before you request a transfer.** If you are a victim of sexual assault, then in addition to qualifying for an emergency transfer because you reasonably believe you are threatened with imminent harm from further violence if you remain in your unit, you may qualify for an emergency transfer if the sexual assault occurred on the premises of the property from which you are seeking your transfer, and that assault happened within the 90-calendar-day period before you expressly request the transfer.

CBM will keep confidential requests for emergency transfers by victims of domestic violence, dating violence, sexual assault, or stalking, and the location of any move by such victims and their families.

CBM's emergency transfer plan provides further information on emergency transfers, and CBM must make a copy of its emergency transfer plan available to you if you ask to see it.

**Documenting You Are or Have Been a Victim of Domestic Violence, Dating Violence, Sexual Assault or Stalking**

CBM can, but is not required to, ask you to provide documentation to "certify" that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking. Such request from CBM must be in writing, and CBM must give you at least 14 business days (Saturdays, Sundays, and Federal holidays do not count) from the day you receive the request to provide the documentation. CBM may, but does not have to, extend the deadline for the submission of documentation upon your request.

Form HUD-5380
(06/2017)

You can provide one of the following to CBM as documentation. It is your choice which of the following to submit if CBM asks you to provide documentation that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

- A complete HUD-approved certification form given to you by CBM with this notice, that documents an incident of domestic violence, dating violence, sexual assault, or stalking. The form will ask for your name, the date, time, and location of the incident of domestic violence, dating violence, sexual assault, or stalking, and a description of the incident. The certification form provides for including the name of the abuser or perpetrator if the name of the abuser or perpetrator is known and is safe to provide.

- A record of a Federal, State, tribal, territorial, or local law enforcement agency, court, or administrative agency that documents the incident of domestic violence, dating violence, sexual assault, or stalking. Examples of such records include police reports, protective orders, and restraining orders, among others.

- A statement, which you must sign, along with the signature of an employee, agent, or volunteer of a victim service provider, an attorney, a medical professional or a mental health professional (collectively, "professional") from whom you sought assistance in addressing domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse, and with the professional selected by you attesting under penalty of perjury that he or she believes that the incident or incidents of domestic violence, dating violence, sexual assault, or stalking are grounds for protection.

- Any other statement or evidence that CBM has agreed to accept.

If you fail or refuse to provide one of these documents within the 14 business days, CBM does not have to provide you with the protections contained in this notice.

If CBM receives conflicting evidence that an incident of domestic violence, dating violence, sexual assault, or stalking has been committed (such as certification forms from two or more members of a household each claiming to be a victim and naming one or more of the other petitioning household members as the abuser or perpetrator), CBM has the right to request that you provide third-party documentation within thirty 30 calendar days in order to resolve the conflict. If you fail or refuse to provide third-party documentation where there is conflicting evidence, CBM does not have to provide you with the protections contained in this notice.

**Confidentiality**

CBM must keep confidential any information you provide related to the exercise of your rights under VAWA, including the fact that you are exercising your rights under VAWA.

CBM must not allow any individual administering assistance or other services on behalf of CBM (for example, employees and contractors) to have access to confidential information unless for reasons that specifically call for these individuals to have access to this information under applicable Federal, State, or local law.

CBM must not enter your information into any shared database or disclose your information to any other entity or individual. CBM, however, may disclose the information provided if:

- You give written permission to CBM to release the information on a time limited basis.
- CBM needs to use the information in an eviction or termination proceeding, such as to evict your abuser or perpetrator or terminate your abuser or perpetrator from assistance under this program.
- A law requires CBM or your landlord to release the information.

VAWA does not limit CBM's duty to honor court orders about access to or control of the property. This includes orders issued to protect a victim and orders dividing property among household members in cases where a family breaks up.

**Reasons a Tenant Eligible for Occupancy Rights under VAWA May Be Evicted or Assistance May Be Terminated**

You can be evicted and your assistance can be terminated for serious or repeated lease violations that are not related to domestic violence, dating violence, sexual assault, or stalking committed against you. However, CBM cannot hold tenants who have been victims of domestic violence, dating violence, sexual assault, or stalking to a more demanding set of rules than it applies to tenants who have not been victims of domestic violence, dating violence, sexual assault, or stalking.

The protections described in this notice might not apply, and you could be evicted and your assistance terminated, if CBM can demonstrate that not evicting you or terminating your assistance would present a real physical danger that:

1) Would occur within an immediate time frame, and

2) Could result in death or serious bodily harm to other tenants or those who work on the property.

If CBM can demonstrate the above, CBM should only terminate your assistance or evict you if there are no other actions that could be taken to reduce or eliminate the threat.

**Other Laws**

VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking. You may be entitled to

Form HUD-5380
(06/2017)

8

additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**Non-Compliance with The Requirements of This Notice**
You may report a covered housing provider's violations of these rights and seek additional assistance, if needed, by contacting or filing a complaint with HUD at (800-225-5342

**For Additional Information**

You may view a copy of HUD's final VAWA rule at:

**https://www.federalregister.gov/documents/2016/11/16/2016-25888/violence-against-women-reauthorization-act-of-2013-implementation-in-hud-housing-programs**

Additionally, CBM must make a copy of HUD's VAWA regulations available to you if you ask to see them.

For questions regarding VAWA, please contact HUD at (800) 225-5342

For help regarding an abusive relationship, you may call the National Domestic Violence Hotline at 1-800-799-7233 or, for persons with hearing impairments, 1-800-787-3224 (TTY). You may also contact The Center for Violence-Free Relationships at (530) 626-1450

For tenants who are or have been victims of stalking seeking help may visit the National Center for Victims of Crime's Stalking Resource Center at https://www.victimsofcrime.org/our-programs/stalking-resource-center.

For help regarding sexual assault, you may contact El Dorado Women's Center at (530) 626-1131

Victims of stalking seeking help may contact El Dorado County Behavioral Health at (530) 621-6290

**Attachment:** Certification form HUD-5382 **[form approved for this program to be included]**

Form HUD-5380
(06/2017)