FL-165

| | | |
|---|---|---|
| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
| NAME: Jean Marc Van den Heuvel:Judicially abused Stroke Survivor:8/10/2014 date Stroke | | |
| FIRM NAME: Jean Marc Van den Heuvel : Inmate #132049 E.D.C.P. | | |
| STREET ADDRESS: 3045 sacramento street | | |
| CITY: Placerville " Hang Town U.S.A. "     STATE: CA   ZIP CODE: 95667 | | |
| TELEPHONE NO.: 916-595-8971   FAX NO.: None: fucking homeless/transie | | |
| EMAIL ADDRESS: jeanmarc57@juno.com | | |
| ATTORNEY FOR (name): Almighty God Jesus Christ : Biblical Values of Truth & Honor. | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF UNITED STATES EASTERN DISTRICT :CA.**
STREET ADDRESS: 510 "I" Street Room 4-200 clerks office
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento CA. 95814
BRANCH NAME: Robert Matsui Federal Building of Constitutional Justice

PETITIONER: Jean Marc Van den Heuvel medical Stroke Survivor Abused Judicial Masses
RESPONDENT: Diamond Springs Apartments #1&#2 623 Pearl : Manager Mia Costello

FILED APR 07 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED APR -7 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## REQUEST TO ENTER DEFAULT

CASE NUMBER: 2:23-cv-00253-KJN (PS)

1. **To the clerk:** Please enter the default of the respondent who has failed to respond to the petition.
2. A completed *Income and Expense Declaration* (form FL-150) or *Financial Statement (Simplified)* (form FL-155)
   [ ] is attached   [x] is not attached.

   A completed *Property Declaration* (form FL-160) [ ] is attached   [ ] is not attached
   because *(check at least one of the following)*:

   (a) [x] there have been no changes since the previous filing.
   (b) [x] the issues subject to disposition by the court in this proceeding are the subject of a written agreement.
   (c) [ ] there are no issues of child, spousal, or partner support or attorney fees and costs subject to determination by the court.
   (d) [ ] the petition does not request money, property, costs, or attorney fees. (Family Code section 2330.5.)
   (e) [ ] there are no issues of division of community property.
   (f) [ ] this is an action to establish parental relationship.

Date: March 30,2023

Jean Marc Van den Heuvel
(TYPE OR PRINT NAME)                   (SIGNATURE OF [ATTORNEY FOR] PETITIONER)

3. **Declaration**
   (a) [ ] No mailing is required because service was by publication or posting and the address of the respondent remains unknown.
   (b) [x] A copy of this *Request to Enter Default*, including any attachments and an envelope with sufficient postage, was provided to the court clerk, with the envelope addressed as follows *(address of the respondent's attorney or, if none, the respondent's last known address)*:
       C.B.M. Properties managements ,1010 Raquet Club Dr. Auburn CA.95603   530-823-2477

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 30,2023

Jean Marc Van den Heuvel
(TYPE OR PRINT NAME)                 (SIGNATURE OF DECLARANT)

**FOR COURT USE ONLY**
[ ] *Request to Enter Default* mailed to the respondent or the respondent's attorney on *(date)*:
[ ] Default entered as requested on *(date)*:
[ ] Default **not** entered. Reason:
                                                            Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-165 [Rev. January 1, 2023]

**REQUEST TO ENTER DEFAULT**
(Family Law—Uniform Parentage)

Code of Civil Procedure, §§ 585, 587;
Family Code, § 2335.5
www.courts.ca.gov

| PETITIONER: | CASE NUMBER: |
|---|---|
| RESPONDENT: | |

4. **Memorandum of costs**

   a. ☐ Costs and disbursements are waived.

   b. Costs and disbursements are listed as follows:

   | | | |
   |---|---|---:|
   | (1) ☐ Clerk's fees | | $ |
   | (2) ☐ Process server's fees | | $ |
   | (3) ☒ Other *(specify)*: False justified rejections of "due" housing.#4 years since applied | | $ 1,000,000.00 |
   | the reports from the managements justifying the denials by deceptions of truth;intent pred- | | $ |
   | -judices,Deceptive natures to not allow a" poor bladder conditions stroke survivor usage" | | $ |
   | of massive judicial placements into the current disasters of ongoing handicap conditions | | $ |
   | TOTAL | | $ 1,000,000.00 |

   c. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief, the foregoing items of cost are correct and have been necessarily incurred in this cause or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 30,2023

Jean Marc Van den Heuvel : Pro-Se stroke survivor Abused
(TYPE OR PRINT NAME)                                          (SIGNATURE OF DECLARANT)

5. **Declaration of nonmilitary status** *(required for a judgment)*.
The respondent is not in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that the respondent is not in the U.S. military service because *(check all that apply)*:

(a) ☐ the search results that I received from *https://scra.dmdc.osd.mil/* say the respondent is not in the U.S. military service.

(b) ☐ I am in regular communication with the respondent and know that they are not in the U.S. military service.

(c) ☐ I recently contacted the respondent, and they told me that they are not in the U.S. military service.

(d) ☐ I know that the respondent was discharged from U.S. military service on or about *(date)*:

(e) ☐ the respondent is not eligible to serve in the U.S. military because they are incarcerated (in jail or prison).

(f) ☒ other *(specify)*: excessive hypertentions,high blood preasures,P.T.S.D. hypertentions from the process of years

> **Note**
> - U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
> - If the respondent is in the military service, or their military status is unknown, the respondent is entitled to certain rights and protections under federal and state law before a default judgment can be entered.
> - For more information, see *https://selfhelp.courts.ca.gov/military-defaults*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 30,2023

Jean Marc Van den Heuvel : Stroke Survivor Innocent
(TYPE OR PRINT NAME)                                          (SIGNATURE OF DECLARANT)

FL-165 [Rev. January 1, 2023]            **REQUEST TO ENTER DEFAULT**            Page 2 of 2
                                          (Family Law—Uniform Parentage)

For your protection and privacy, please press the Clear This Form button after you have printed the form.