# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **JEAN MARC VAN DEN HEUVEL,** |  |
|  | CASE NO: **2:23–CV–00253–TLN–KJN** |
| v. |  |
| **MIA COSTELLO, ET AL.,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/25/2023**

                                      **Keith Holland**
                                      Clerk of Court

ENTERED: **September 25, 2023**

                            by: /s/ K. Spichka
                                  Deputy Clerk